TERESA DIZDAR, Respondent, v. JOHN DIZDAR, Appellant.— Order unanimously modified by reducing the amount of alimony to be paid to the plaintiff for her support and maintenance to the sum of $15 per week, and the amount of counsel fee to the sum of $150, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ROBERT L. NELSON CO., INC., Respondent, v. MORRIS SHORIN et al., Individually and as Copartners Doing Business under the Name of TOPPS CHEWING GUM, Appellants.— Order so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

JOHN VALLIANATOS, Appellant, v. APHRODITE VALLIANATOS, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NAUS TRIMMING CO., INC., Appellant, v. JOSEPH LUBARS, Doing Business under the Name of PLASTONES Co., Respondent.— Order unanimously modified so as to deny items "8", "9", "10", "12", "13", "14" and "15", and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. Bill of particulars to be served within ten days after service of order. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HENRY BRADY, as Receiver of the Property of J. LAWRENCE WATKINS, JR., Respondent, v. 50 EAST 72D STREET CORPORATION, Judgment-Debtor-Appellant; HENRY FORSTER et al., Defendants-Appellants, and GRAFTON W. MINOT, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HELENA C. THEODORE, as Administratrix of the Estate of MICHAEL T. THEODORE, Deceased, Appellant, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK et al., Defendants, and W. A. F. HOLDING Co., INC., et al., Respondents.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

FLORENCE B. LUX, Respondent, v. MURRAY LUX, Appellant.— Order unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.